

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tammy Renee Hanks, Appellant

No. 06-13-00058-CR         v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1419-12). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Tammy Renee Hanks, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 19, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk